# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PECK, ANDREW J. | U.S. District Court, S.D.N.Y. | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978-1995 | Paul, Weiss, Rifkind, Wharton & Garrison Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 02/03/2015 | Legal Tech: Catalyst (Teaching E-Discovery) | $2,000.00 |
| 2. | 02/03/2015 | Legal Tech: Symantec (Teaching E-Discovery) | $1,500.00 |
| 3. | 02/04/2015 | Legal Tech: Driven (Teaching E-Discovery) | $1,500.00 |
| 4. | 05/19/2015 | CEIC (Guidance) (Teaching E-Discovery) | $2,000.00 |
| 5. | 06/16/2015 | Sandpiper Partners E-Disc. Conference | $2,000.00 |
| 6. | 08/18/2015 | Exterro Edisc Conf. (Teaching E-Discovery) | $2,000.00 |
| 7. | 08/31//2015 | ILTA (Teaching E-Discovery) | $2,000.00 |
| 8. | 09/05/2015 | L.A. Paralegal Association (Teaching E-Discovery) | $2,000.00 |
| 9. | 09/28/2015 | U. Mo. at K.C. Law School (Teaching E-Discovery) | $2,000.00 |
| 10. | 10/12/2015 | KCura Relativity Fest (Teaching E-Discovery) | $2,000.00 |
| 11. | 11/05/15 | ILTA (Ohio) (Teaching E-Discovery) | $2,000.000 |
| 12. | 11/12/2015 | Consolio Edisc. Symposium (Teaching E-Discovery) | $2,000.00 |
| 13. | 12/09/2015 | Sandpiper Partners EDisc. Conf. (Teaching E-Discovery) | $2,000.00 |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/2015 | 12/31/15 N.Y.C. Board of Education - Pension |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/09/2016 |

3. _____

4. _____

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 3/24-3/30 | Naples, FL | Speaker - ABA Conf. | Transportation, Lodging & Meals |
| 2. | ABA | 4/15-4/16 | New Orleans, LA | Speaker - ABA E-Disc. Conf. | Transportation, Lodging & Meals |
| 3. | Duke Law School | 4/16-4/18 | Durham, NC | Duke Law Bd. of Visitors Mtg | Transportation, Lodging & Meals |
| 4. | Sedona Conf. | 4/28-4/30 | Dallas, TX | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 5. | NYSBA | 5/15-5/17 | Lake George, NY | NYSBA Conf. | Transportation, Lodging & Meals |
| 6. | CEIC | 5/18-5/21 | Las Vegas, NV | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 7. | Sandpiper Partners | 6/15-6/16 | Houston, TX | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 8. | Singapore Academy of Law | 6/24-7/02 | Singapore | Speaker E-Disc. Conf. | Transportation, Lodging & Meals |
| 9. | Exterro | 8/24-8/25 | Portland, OR | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 10. | ILTA | 8/31-9/03 | Las Vegas | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 11. | LA Paralegal Association | 9/4-9/5 | Los Angeles, LA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 12. | U. Mo. KC Law School | 9/28-9/29 | Kansas City, MD | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 13. | Duke Law School | 10/8-10/9 | Durham, NC | Duke Law Board of Visitors Meeting | Transportation, Lodging & Meals |
| 14. | KCura | 10/11-10/12 | Chicago, IL | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 15. | EDI | 10/14-10/16 | New Orleans | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 16. | Law Tech Europe | 10/23-10-28 | Brussels, Belgium | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 17. | ILTA (Ohio) | 10/4-11/5 | Colombus, OH | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 18. | Georgetown Law School | 11/18-11/30 | Washington, DC | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Treas.Bills/Notes & SvgsBonds | A | Interest | K | T | | | | | |
| 2. NYS, NYC & NYS Subdivs. Bonds | E | Interest | O | T | | | | | |
| 3. Bristol-Myers-Squib (Common Stock) | A | Dividend | K | T | | | | | |
| 4. Century Link (Telephone) (Common Stock) | A | Dividend | J | T | | | | | |
| 5. Deutsche (DWS) N.Y. Tax Free Fund | E | Dividend | O | T | | | | | |
| 6. Chase Bank | A | Interest | K | T | | | | | |
| 7. DWS Equity Dividend Fund (Croci) | A | Dividend | J | T | | | | | |
| 8. Eaton (Ireland) Common | A | Dividend | N | T | | | | | |
| 9. American Express (Common Stock) | B | Dividend | K | T | | | | | |
| 10. GLAXO (ADRs) | A | Dividend | J | T | | | | | |
| 11. Citibank | A | Interest | L | T | | | | | |
| 12. Dreyfus General NY Bond Fund | B | Interest | L | T | | | | | |
| 13. N.Y.C. Teachers Retirement TDA | E | Interest | O | T | | | | | |
| 14. Fidelity Puritan IRA | A | Interest | L | T | | | | | |
| 15. Copeland (457) (IRA) | A | Interest | M | T | | | | | |
| 16. Verizon (common) | A | Dividend | J | T | | | | | |
| 17. Allstate Corp. (common) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Walt Disney Holding (Common) | A | Dividend | L | T | | | | | |
| 19. Time Warner & Time Warner Cable (Common) | A | Dividend | J | T | | | | | |
| 20. Putnam Growth Fund | A | Dividend | J | T | | | | | |
| 21. Hewlett Packard (Common) | A | Dividend | J | T | | | | | |
| 22. Oracle (Common) | A | Dividend | K | T | | | | | |
| 23. Pfizer (Common) | A | Dividend | J | T | | | | | |
| 24. Schwab Vanguard Target Retire.Fund(IRA) | D | Interest | N | T | | | | | |
| 25. Putnam Growth Fund (IRA) | A | Interest | K | T | | | | | |
| 26. Deutsche (DWS Scudder) S&P 500 Index Fund | B | Dividend | K | T | | | | | |
| 27. Eaton Vance Government Obligation Fund | A | Dividend | K | T | | | | | |
| 28. Seligman Communication Fund | A | Dividend | K | T | | | | | |
| 29. Coca-Cola (Common) | A | Dividend | J | T | | | | | |
| 30. PIMCO N.Y. Municipal Income Fund | A | Dividend | J | T | | | | | |
| 31. Voya Fund (Formerly ING) | A | Dividend | L | T | | | | | |
| 32. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 33. Microsoft | A | Dividend | K | T | | | | | |
| 34. Liberty Global & Liberty Media (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Municipal High Income | A | Dividend | K | T | | | | | |
| 36. S&P Depository Receipt | A | Dividend | L | T | | | | | |
| 37. Capitol One Bank | D | Interest | O | T | | | | | |
| 38. Comcast | A | Dividend | J | T | | | | | |
| 39. Discovery Communications | A | Dividend | J | T | | | | | |
| 40. [Direct TV] - AT&T | A | Dividend | J | T | Merger | 7/27/15 | J | A | |
| 41. ]Soverign Bank Account (Santander)] Apple Bank | C | Interest | O | T | | | | | |
| 42. TD Bank | A | Interest | K | T | | | | | |
| 43. (Pimco) Total Return Annuity | A | Interest | K | T | | | | | |
| 44. Fidelity 4 in 1 Fund | A | Interest | K | T | | | | | |
| 45. Fidelity Asset Mgr. | A | Interest | K | T | | | | | |
| 46. LOMTO Credit Union | D | Interest | N | T | | | | | |
| 47. Fidelity VIP Strategic Income | A | Dividend | L | T | | | | | |
| 48. Yacktman Fund | A | Dividend | M | T | | | | | |
| 49. Yacktman Focused Service Fund | A | Interest | K | T | | | | | |
| 50. N.Y.C. IRA Funds | A | Dividend | L | T | | | | | |
| 51. MS AAA NY Muni Money Market | A | Dividend | - | - | Sell | 6/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity VIP Contra Fund | A | Dividend | J | T | | | | | |
| 53. Villere Balanced Fund | A | Dividend | K | T | | | | | |
| 54. Fidelity NY Money Market Fund (Sweep Fund) | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| PECK, ANDREW J. | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANDREW J. PECK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544